IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2020 NOV 30  A 11:26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:20-cv- 974-ECM-JTA |
| | ) | |
| A 2020 CHEVROLET CAMARO, | ) | |
| VIN: 1G1FB1RX8L0107417 WITH ALL | ) | |
| APPURTENANCES AND | ) | |
| ATTACHMENTS THEREON; | ) | |
| | ) | |
| $27,462.46 SEIZED FROM WELLS | ) | |
| FARGO BANK SAVINGS ACCOUNT | ) | |
| NUMBER XXXXXX5740 IN THE NAME | ) | |
| OF CARMEN BROOKE LOTT; | ) | |
| | ) | |
| $1,070.92 SEIZED FROM WELLS FARGO | ) | |
| BANK CHECKING ACCOUNT NUMBER | ) | |
| XXXXXX9633 IN THE NAME OF | ) | |
| CARMEN BROOKE LOTT; and | ) | |
| | ) | |
| $129,245.00 IN UNITED STATES | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendants. | ) | |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, the United States of America (hereinafter, "United States") by and through Louis

V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and Verne H. Speirs,

Assistant United States Attorney, brings this Complaint and alleges as follows in accordance with

Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1.      This is a civil action *in rem* to forfeit and condemn the defendants to the United

States, pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(A) and (C) for violations of

21 U.S.C. §§ 841 (drug distribution) and 846 (drug conspiracy); and 18 U.S.C. §§ 1956 and 1957

(money laundering).

## THE DEFENDANTS *IN REM*

2.      The defendants consist of a 2020 Chevrolet Camaro, VIN: 1G1FB1RX8L0107417,

with all appurtenances and attachments thereon; $27,462.46 seized from Wells Fargo Bank savings

account number XXXXXX5740 in the name of Carmen Lott; $1,070.92 seized from Wells Fargo

Bank checking account number XXXXXX9633 in the name of Carmen Lott; and $129,245.00 in

United States Currency seized from Carmen Brooke Lott on June 6, 2020, during the execution of

a federal search and seizure warrant at 2661 Dawes Court, Mobile, Alabama 36695.

## JURISDICTION AND VENUE

3.      Plaintiff brings this action *in rem* in its own right to forfeit and condemn the

defendants.  This Court has jurisdiction over an action commenced by the United States under 28

U.S.C. § 1345 and over an action for forfeiture under 28 U.S.C. § 1355(a).

4.      This Court has *in rem* jurisdiction over the defendants under 28 U.S.C. § 1355(b).

Upon the filing of this Complaint, the Plaintiff requests that the Clerk issue an arrest warrant *in

rem* pursuant to Supplemental Rule G(3)(b), which the Plaintiff will execute upon the defendants

pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1355(b)(1)(A) and 1395(a)

because the acts or omissions giving rise to the forfeiture occurred in this district and the property

is located in this district.

BASIS FOR FORFEITURE

6.      The defendants are subject to forfeiture pursuant to 21 U.S.C. § 881(a) and 18 U.S.C. § 981(a)(1)(A) and (C), which provide for the seizure and forfeiture of any and all property constituting or derived from proceeds obtained directly or indirectly, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of 21 U.S.C. §§ 841 and 846; and 18 U.S.C. §§ 1956 and 1957.

FACTS

7.      The facts and circumstances supporting the seizure of the defendants are as follows:

a.      Between March 8, 2020 and June 3, 2020, Special Agents (SAs) and Task Force Officers (TFOs) from the Drug Enforcement Administration's (DEA) Montgomery, Alabama Resident Office investigated Carmen Brooke Lott (C. Lott) and Johnnie Paige Lott (J. Lott) (husband and wife) for money laundering and drug distribution. DEA TFOs and SAs intercepted recorded calls between C. Lott and J. Lott via the Alabama Department of Corrections (ADOC) prison phone system, where both parties were informed the calls were being recorded[1]. C. Lott and J. Lott detailed their drug trafficking organization (DTO) activity while speaking on the ADOC phone system revealing that the DTO distributes various quantities of synthetic cannabinoid ("Flokka"), marijuana and methamphetamine from Mobile, Alabama to various State of Alabama correctional facilities, to include Kilby Correctional Facility located in Montgomery County, Alabama and Fountain Correctional Facility located in Escambia County, Alabama.

b.      During March 2020, DEA TFO James E. Ranson was provided recorded telephone conversations captured by ADOC.  Analysis of the recorded conversations revealed C.

---

[1] Any recorded phone call referenced within this Verified Complaint for Forfeiture *In Rem* was recorded via the ADOC prison phone system where both parties were informed the calls were being recorded.

3

Lott was receiving electronic cash deposits from multiple sources (Greendot, Cash App, Walmart money transfers) from J. Lott's drug distribution and other known criminal activity while he was incarcerated in the ADOC prison system.  C. and J. Lott openly discussed financial transactions related to proceeds from the sale of controlled substances, and monies obtained through other illegal activity.

        c.      Johnnie Lott and other inmates under his direction, performed "skits" over the telephone in a rouse to obtain gift cards from retail institutions such as Kroger Supermarket, Lowes, Walmart, and others.  The gift cards were later used in transactions to facilitate their drug distribution activity.  Most of the proceeds were accomplished through the use of Green Dot cards and Cash App transfers.

## 2020 Chevrolet Camaro, VIN: 1G1FB1RX8L0107417, with all appurtenances and attachments thereon

        d.      On or about November 11, 2019, C. Lott purchased a 2020 Chevrolet Camaro for $26,485.  This vehicle was purchased at Jason Pilger Chevrolet located in Atmore, Alabama.  The finance manager, Leigh Anne Garza, handled the purchase and registration documents for Carmen Lott pursuant to a written Power of Attorney.  This investigation has revealed that Leigh Anne Garza's husband, Jason Garza, is a former inmate at the ADOC Kilby facility. The registration of the vehicle does not show a lienholder (lender), which indicates that the vehicle was purchased with cash or negotiable instrument in the purchase-price amount. Investigating agents were unable to find a Form 8300 (FinCEN form required for cash transactions over $10,000 by businesses) filed by Jason Pilger Chevrolet regarding this transaction.

        e.      On May 16, 2020, at approximately 1:06 p.m., during a recorded phone call

between C. Lott and J. Lott, and an unidentified male, J. Lott stated that he purchased the 2020 Camaro for $25,000 and made the money in two days, while incarcerated in prison.

        f.      On June 3, 2020, a federal search and seizure warrant was executed at C. Lott's residence located at 2661 Dawes Court, Mobile, Alabama. During the execution of the federal search and seizure warrant, Carmen Brook Lott was in possession of the 2020 Chevrolet Camaro. During a search of the 2020 Chevrolet Camaro, SAs and TFOs located numerous reloadable debit cards, which were known to have been utilized by C. Lott to receive the electronic cash deposits from proceeds of J. Lott's known drug distribution and other criminal activity. On that same day the 2020 Chevrolet Camaro was seized pursuant to a federal seizure warrant.

        g.      On August 21, 2020, C. Lott filed a claim with the DEA for Defendant 2020 Chevrolet Camaro, VIN: 1G1FB1RX8L0107417, with all appurtenances and attachments thereon, stating "the car was purchased with funds that were earned from my work and employment. The funds used to purchase the asset were all legally obtained or earned, and not the subject of forfeiture. This asset is not subject to forfeiture."

**Wells Fargo Bank checking account number XXXXXX9633 and Wells Fargo Bank savings account number XXXXXX5740**

        h.      Research and analysis of the Wells Fargo accounts has demonstrated the consistent entry of narcotics proceeds into checking account number XXXXXX9633. Additionally, between February 21, 2020 and March 6, 2020, $12,000.00 was transferred from Wells Fargo Bank checking account number XXXXXX9633 into Wells Fargo Bank savings account number XXXXXX5740 showing the comingling and inter-transfer of narcotics proceeds between the checking and savings accounts held at Wells Fargo Bank.

        i.      Wells Fargo bank statements and transactions indicate multiple Cash App

and Green Dot deposits were made. One Cash App account ($Clott6262) was closed by Cash App for a violation of exceeding the account limits. Cash App remitted the account balance of $17,766.00 to C. Lott who subsequently divided the funds between Wells Fargo checking account number XXXXXX9633 and Wells Fargo savings account number XXXXXX5740. During a recorded call, J. Lott instructed C. Lott to set up another Cash App account. C. Lott set up Cash App account $King1682.

j.      On June 3, 2020, federal seizure warrants for Wells Fargo Bank checking account number XXXXXX9633 and Wells Fargo Bank savings account number XXXXXX5740 were executed at the Wells Fargo Bank branch located at 7105 Airport Boulevard, Mobile, Alabama. Carmen Brook Lott is the sole signatory on the account. A cashier's check was issued in the amount of $1,070.92 representing funds seized from checking account number XXXXXX9633. A cashier's check was issued in the amount of $27,462.46 representing funds seized from savings account number XXXXXX5740. The funds were seized as proceeds of drug distribution.

k.      On August 21, 2020, C. Lott filed claims with the DEA for Defendants $27,462.46 seized from Wells Fargo Bank savings account number XXXXXX5740 in the name of Carmen Lott and $1,070.92 seized from Wells Fargo Bank checking account number XXXXXX9633 in the name of Carmen Lott, stating "the money seized constituted funds with [sic] were the result of wages, earnings, tax refunds, and stimulus checks. The money was all legally obtained or earned and is not the subject of forfeiture."

**$129,000.00 in United States Currency**

l.      On April 14, 2020, at approximately 9:01 a.m., in a recorded conversation, C. Lott and J. Lott, reference a safe located at 2661 Dawes Court, Mobile, Alabama that contains

approximately $140,000.00 in U.S. Currency that they have derived from the distribution of controlled substances.

        m.     On June 3, 2020, a federal search and seizure warrant was executed at C. Lott's residence, 2661 Dawes Court, Mobile, Alabama.  A K-9 was utilized during the execution of the federal search and seizure warrant and alerted to the odor of narcotics emitting from U.S. Currency located in the residence. The K-9 also alerted to the odor of narcotics emitting from a money counter also located in the residence.  The currency was seized pursuant to the federal search and seizure warrant and transported to Regions Bank for an official count.  The seized currency totaled $129,245.00.

        n.     On August 21, 2020, C. Lott filed a claim to Defendant $129,000.00 in United States Currency with the DEA, stating "the money seized constituted funds with [sic] were the result of wages, earning, inheritance, proceeds from life insurance policies, and gambling winnings.  The money was all legally obtained or earned and is not the subject of forfeiture."

        o.     C. Lott is currently employed at Dunkin Donuts, 29610, U.S. Highway 98, Daphne, Alabama.

        p.     No supporting documentation has been provided for C. Lott's claims to date.

## CLAIM FOR RELIEF

WHEREFORE, the United States prays that the defendants be condemned and forfeited to the United States as property constituting or derived from proceeds obtained directly or indirectly, and any and all property used or intended to be used in any manner or part to commit and to facilitate drug distribution, conspiracy, and money laundering; that the United States be awarded its costs and disbursements in this action; and for such other and further relief as the Court deems proper and just.

Respectfully submitted this 30th day of November, 2020.

FOR THE UNITED STATES ATTORNEY
LOUIS V. FRANKLIN, SR.

Verne H. Speirs
Assistant United States Attorney

Address of Counsel:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7106
E-mail: Verne.Speirs@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STATE OF ALABAMA       )
COUNTY OF MONTGOMERY )

## VERIFICATION

I, James E. Ranson, hereby verify and declare under penalty of perjury that I am a Task

Force Officer with the Drug Enforcement Administration, that I have read the Verified Complaint

for Forfeiture *In Rem* and know the contents thereof, and that the matters contained therein are true

to my own knowledge, except that those matters herein stated to be alleged on information and

belief and, as to those matters, I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official

files and records of the United States, information supplied to me by other law enforcement

officers, as well as my investigation of this case, together with others, as a Task Force Officer with

the Drug Enforcement Administration.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct

this 30th day of November, 2020.

James E. Ranson, Task Force Officer
Drug Enforcement Administration

Sworn to and subscribed before me this 3O day of November, 2020.

Notary Public
Commission Expires: 8 . 10 . 2 1